# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

SCOTT PATTERMANN

v.

MIRAMED REVENUE GROUP, LLC d/b/a
REVENUE PRODUCTION MANAGEMENT

Case Number:
FILED: SEPTEMBER 3, 2008
08CV5021
JUDGE ZAGEL
MAGISTRATE JUDGE BROWN
CH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF SCOTT PATTERMANN

| | |
|---|---|
| **NAME** (Type or print) <br> Craig M. Shapiro | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/  Craig M. Shapiro | |
| **FIRM** <br> Horwitz, Horwitz & Associates, Ltd. | |
| **STREET ADDRESS** <br> 25 E Washington St Ste 900 | |
| **CITY/STATE/ZIP** <br> Chicago IL 60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6284475 | **TELEPHONE NUMBER** <br> (312) 372-8822 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐