**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| SCOTT PATTERMANN | FILED: SEPTEMBER 3, 2008 |
| v. | 08CV5021 |
| MIRAMED REVENUE GROUP, LLC d/b/a | JUDGE ZAGEL |
| REVENUE PRODUCTION MANAGEMENT | MAGISTRATE JUDGE BROWN |
| | CH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF SCOTT PATTERMANN

| NAME (Type or print) |
|---|
| O. Randolph Bragg |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ O. Randolph Bragg |

| FIRM |
|---|
| Horwitz, Horwitz & Associates, Ltd. |

| STREET ADDRESS |
|---|
| 25 E Washington St Ste 900 |

| CITY/STATE/ZIP |
|---|
| Chicago IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6221983 | (312) 372-8822 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐