### United States District Court for the Northern District of Illinois

Case Number:  08CV5021          Assigned/Issued  By:  DAJ

Judge Name:  ZAGEL          Designated Magistrate Judge:  BROWN

---

## FEE INFORMATION

**Amount Due:**   ☑ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

### (For Use by Fiscal Department Only)

Amount Paid: 350.00          Receipt #: 3073930

Date Payment Rec'd: 09/03/08          Fiscal Clerk: DAJ

---

## ISSUANCES

☑ Summons          ☐ Alias Summons

☐ Third Party Summons          ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons          _____

☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
           (Type of Writ)

1  Original and  0  copies on 09/03/08  as to DEF.
                                    (Date)

_____

_____